2



JAN - 6 2010

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 Proceedings |
| --- | --- | --- |
| Stephen Gerard Sayers, | ) ) ) | 2:09-bk-31919-RTB |
| Debtor (s). | ) ) ) | |
| The Bank of New York Mellon, fka The Bank of New York, as successor-in-interest to JP Morgan Chase, N.A. as Trustee for Structured Asset Mortgage Investments, II Inc., Bear Stearns ALT-A Trust Mortgage Pass-Through Certificates, Series 2005-7 | ) ) ) ) ) ) ) | ORDER OF RECUSAL  (BANK OF NEW YORK) |
| Movant, vs. | ) ) ) | **(RANDOLPH J. HAINES)** |
| Stephen Gerard Sayers, Debtor and Brian J. Mullen, Trustee, | ) ) ) ) | |
| Respondents. | ) ) | |

Before the court is the MOTION FOR RELIEF FROM THE AUTOMATIC STAY, filed by THE BANK OF NEW YORK MELLON. It appearing that the Honorable Redfield T. Baum has a conflict of interest and must recuse himself from considering the bank's motion, and therefore;

01/07/2010

IT IS HEREBY ORDERED pursuant to the provisions of 28 U.S.C. 455(b)(4) the undersigned Bankruptcy Judge is disqualified from considering this matter and refers it to the Clerk of the Court for reassignment to another bankruptcy judge for his/her consideration.

DATED this 6 day of January, 2010.

_____
Honorable Redfield T. Baum
United States Bankruptcy Judge

Copy of the foregoing
mailed this 6 day of
January, 2010 to:

Mark S. Bosco
Leonard J. McDonald
TIFFANY & BOSCO
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016

Benjamin L. Dodge
4824 East Baseline Road, Suite 124
Mesa, Arizona 85206

Brian J. Mullen
P.O. Box 32247
Phoenix, Arizona 85064

by_____
Judicial Assistant